**No. 44971.**—Protest 31846-K of Mason Bros. & Tarlin (Boston).

Opinion by OLIVER, P. J. It was stipulated that the balloons in question are the same as those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 as articles in part of bamboo was therefore sustained.